Jeffrey K. Rubin (AK Bar # 8206061)
Friedman | Rubin
1227 West 9th Ave., Suite 301
Anchorage, AK 99501
Ph: 907-258-0704
Fax: 907-278-6449
e-mail: jrubin@friedmanrubin.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STEPHAN RAMSEYER, Personal Representative for the Estate of Beat Niederer and on behalf of Sabine Niederer (Spouse), and M. N. and A. N.(minor children), heirs and descendants of Beat Niederer, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>MOUNTAIN TRIP INTERNATIONAL, LLC, a Limited Liability Company,<br><br>Defendant. | Case No. 3:13-cv-00040 RRB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

COME NOW the Parties, by and through their respective counsel and pursuant to F.R.C.P. 41(a)(1)(A)(ii) stipulate to the dismissal of the above-captioned matter with prejudice with each side to bear its own costs and attorneys fees.

Dated this 22nd day of November, 2013.

| | |
|---|---|
| */s/ Jeffrey K. Rubin* | */s/ Timothy J. Lamb* |
| Jeffrey K. Rubin | Timothy J. Lamb |
| Friedman \| Rubin | Delaney Wiles, Inc. |
| Attorney for Plaintiff | Attorney for Defendant |

*Estate of Niederer v. Mountain Trip Int'l, LLC.*
Case No. 3:13-cv-00040 RRB
1
Case 3:13-cv-00040-RRB   Document 32   Filed 11/22/13   Page 1 of 3

## CERTIFICATE OF SERVICE

I certify that on the 22nd day of November, 2013 I served a copy of the **Stipulation for Dismissal with Prejudice** upon the following individuals through the Court's CM/ECF system:

| | |
|---|---|
| Timothy J. Lamb | Kimberly A. Viergever |
| Delaney Wiles, Inc. | Rietz Law Firm, LLC |
| 1007 W.3rd Avenue, Suite 400 | P.O. Box 5268 |
| Anchorage, AK 99501 | Dillon, CO 80435 |
| tjl@delaneywiles.com | kim@rietzlawfirm.com |

Peter W. Rietz
Rietz Law Firm, LLC
P.O. Box 5268
Dillon, CO 80435
peter@rietzlawfirm.com


*/s/ Dana Watkins*
Dana Watkins
An employee of Friedman | Rubin

*Estate of Niederer v. Mountain Trip Int'l, LLC.*
Case No. 3:13-cv-00040 RRB

2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STEPHAN RAMSEYER, Personal Representative for the Estate of Beat Niederer and on behalf of Sabine Niederer (Spouse), and M. N. and A. N.(minor children), heirs and descendants of Beat Niederer, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>MOUNTAIN TRIP INTERNATIONAL, LLC, a Limited Liability Company,<br><br>Defendant. | Case No. 3:13-cv-00040 RRB<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

UPON CONSIDERATION, the Court accepts the parties Stipulation for Dismissal with Prejudice.

The above-matter is hereby ordered dismissed with prejudice with each party to bear its own costs and attorneys fees.

DONE this ___ day of November, 2013.

                                                                                                                                              _____
                                                              Ralph R. Beistline
                                                              United States District Court Judge

*Estate of Niederer v. Mountain Trip Int'l, LLC.*
Case No. 3:13-cv-00040 RRB
Case 3:13-cv-00040-RRB   Document 32   Filed 11/22/13   Page 3 of 3